UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENGINEERED DOOR INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> K.O.O. CONSTRUCTION, INC., et al., <br><br> Defendants. | No. 2:16-cv-836-EFB PS <br><br> ORDER TO SHOW CAUSE |

On August 16, 2016, the court issued a pretrial scheduling order, which set a final pretrial conference for September 27, 2017. ECF No. 25 at 3. That order also directed the parties to file a joint pretrial statement by no later than September 13, 2017. That deadline has passed and the parties have failed to file a joint pretrial statement.

Local Rule 110 provides that the failure to comply with court orders "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, good cause appearing, it is hereby ORDERED that:

1. The parties shall show cause, in writing, by no later than 12:00 p.m. on October 2, 2017, why sanctions should not be imposed for their failure to timely file a joint pretrial statement.

1

2. The final pretrial conference is continued to October 4, 2017; and

3. The parties shall file by 12:00 p.m. on October 2, 2017, their joint pretrial statement as specified in the court's August 16, 2016 scheduling order.

DATED: September 26, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE